# U.S. DISTRICT COURT for the
# District of Columbia

333 Constitution Avenue, NW- First Floor

Washington, D C 20001

| | |
|---|---|
| **CHARLES M. ROYALL,** ) | |
| 12703 Radburn Place ) | Case: 1:26–cv–02530 JURY DEMAND |
| Ft. Washington, MD 20744 ) | Assigned To : Unassigned |
| **Plaintiff** ) | Assign. Date : 7/20/2026 |
| ) | Description: Employ. Discrim. (H–DECK) |

**CHARLES M. ROYALL,**
12703 Radburn Place
Ft. Washington, MD 20744
        **Plaintiff**

)
)
)
)
)

Case: 1:26–cv–02530 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/20/2026
Description: Employ. Discrim. (H–DECK)

**Vs.**           ) **Civil Action No:** _____

)

**ECKERD YOUTH ALTERNATIVE S, INC.** )
**d/b/a ECKERD CONNECTS,** )
**c/o Cogency Global Inc.,** )
**Registered Agent** )
115 North Calhoun St., Suite 4 )
Tallahassee, Fl. 32301 )
        **Defendant** )

)

## COMPLAINT

## I. PRELIMINARY STATEMENT

1). This is a civil action brought by Plaintiff pursuant to 42 U.S.C. § 1981 to

redress unlawful employment discrimination based on race and unlawful

retaliation. Plaintiff seeks back pay, front pay, compensatory damages,

**RECEIVED**

JUL 2 0 2026


Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Page Number: 2

punitive damages, and equitable relief for the wrongful termination of his employment by the Defendant, Eckerd Youth Alternatives, Inc.

## II. JURISDICTION AND PROPER VENUE

2). This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights).

3). Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events, acts, and omissions giving rise to Plaintiff's claims occurred in Washington, D. C.

## III. PARTIES

4). Plaintiff Charles M. Royall is an individual residing at 12703 Radburn Place-Fort Washington, Maryland 20744-5320. Plaintiff is a Black American Man who was 72 years old at the time of the events described herein.

5). Defendant, Eckerd Youth Alternatives, Inc. is a corporation doing business in the Washington, D. C. as a Federal Government Contractor with a registered agent located at 115 North Calhoun Street – Suite 4, Tallahassee, Florida.

Page Number: 3

## IV. STATEMENT OF FACTS AND Liability

6). Plaintiff was employed by Defendant as the Director of Administration and Finance at the JOB CORPS 1 DC Village Lane, SW Washington, D.C. 20032.

7). During Plaintiff's employment an employee of Defendant, Thomas Mattingly the Direct Supervisor of Plaintiff exhibited racial animus and discriminatory bias against Plaintiff and others Black male employees. specifically, Thomas Mattingly engaged in the following conduct: Thomas Mattingly terminated a Black male coworker at a time when we needed him to take care of JOB CORPS Students. Thomas Mattingly made the false claim that the predominant Black coworkers running the cafeteria damaged the Dish Washer. There was one White Woman working in the cafeteria. Thomas Mattingly singled out Black men he thought could have damaged the Dishwasher. A Technician come out and told us that some part in the Dishwasher caused it to stop working and replaced that part.

8). Thomas Mattingly routinely made racially charged rants in the workplace, including hostile statements regarding President Joe Biden 's selection of

**Page Number: 4**

Kamala Harris-a Black woman-as Vice President. As the Plaintiff recall on or about September 26, 2023. This was during a time in the News about President Joe Biden's Succession. In addition, Thomas Mattingly stated the following: "Joe Biden is regrating selecting Kamala Harris Vice President."

On or about September 27, 2023 Thomas Mattingly stated the following: "Those two-woman working is Human Resources are Alpha Kappa Alpha [AKA] and Carl Hillard hate that." This is another one of Thomas Mattingly racist rants and his hatred for the Plaintiff and Kamala Harris. I am a graduate of Howard University a HBCU [Historical Black College-University].

PLEASE SEE PLAINTIFF'S **EXHIBIT A** – Vice President Kamala Harris is a Member of AKA and graduated from Howard University. In addition, AKA was founded on the campus of Howard University in Washington, D.C. in 1908.

9). Thomas Mattingly the Direct Supervisor of Plaintiff targeted Plaintiff by using racially coded tropes designed to imply that an older Black man was incompetent, explicitly telling Plaintiff, on or about September 21, 2023

**Page Number: 5**

"This is a big job," to imply Plaintiff could not handle the executive workload.

And "why are you still working at your age" [Plaintiff was 72]. "I am 68 years old and I plan to retire in two years when I am 70 years old." Thomas Mattingly exhibited a pattern of this behavior, attacking other Black male employees and successfully terminating at least one other Black male coworker.

10). To effectuate Plaintiff's termination, Thomas Mattingly fabricated a malicious lie and reported to upper management that Plaintiff was "sleeping on the job, during scheduled meetings." The Plaintiff was never orally counseled by Thomas Mattingly and learned about this on or about October 3 2023 in the office of the Decision-Maker, Carl Hillard.

11). Thomas Mattingly's the Direct Supervisor of Plaintiff intentionally used this false allegation to manipulate and mislead upper-management decision-maker, who lacked their own independent knowledge of the situation.

PPLEASE SEE PLAINTIFF'S **EXHIBIT- B,** Pages 1-3 the letter that the attorney [Martin Peters, Esq.] for ECKERD YOUTH ALTERNATIVES, INC. sent to the EEOC Baltimore, Maryland. **A special note: page 2.**

**Page Number: 6**

12). Defendant 's upper management acted as a mere conduit or "Cat's Paw"-for Thomas Mattingly the Direct Supervisor of Plaintiff discriminatory bias, adopting the false negative report without conducting a fair, independent investigation.

13). The Discriminatory and Unequal enforcement of company policy is highlighted by the fact that a similarly situated White female employee abandoned her post to attend a party at the job site, leaving JOB CORPS Students entirely unserviced, yet she faced no termination or severe disciplinary action.

14). Plaintiff complained about this unfair treatment, and Defendant subsequently retaliated against Plaintiff by finalizing the termination.

15). On or about October 13, 2024, Plaintiff was wrongfully terminated as a direct and approximate result of Thomas Mattingly's race-based manipulation and fabricated reporting.

**Page Number: 7**

## COUNT I: RACE DISCRIMINATION (42 U.S.C. § 1981)

16). Plaintiff realleges and incorporates all prior paragraphs.

17). Defendant discriminated against Plaintiff concerning the terms and conditions of employment, and ultimately terminated Plaintiff, because of Plaintiff's race in violation of 42 U.S.C. § 1981.

## COUNT II: RETALIATION (42 U.S.C. § 1981)

18). Plaintiff realleges and incorporate all prior paragraphs.

19). Plaintiff engaged in a protected activity by opposing the racial discrimination and unfair treatment. Defendant took adverse employment actions, including termination, against Plaintiff in direct retaliation for making those complaints, violating 42 U.S.C. § 1981.

Page Number: 8

## PRAYER For RELIEF

Wherefore, Plaintiff respectfully request that this court enter judgment against

Defendant and grant the following relief:

A. An award of back pay and front pay;

B. An award of compensatory damages for emotional distress and

Financial hardship;

C. An award of punitive damages for Defendant willful and reckless

conduct;

D. An award of reasonable fees and expenses and costs of this pro se

litigant (if applicable); and

E. Any such other relief as this court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted by,

_Charles M. Royall_ DATE: _20 July 2026_

**CHARLES M. ROYALL, PRO SE**        JULY 20, 2026

12703 Radburn Place

Fort Washington, MD 20744-5320

Mobile Phone: (301) 756-6025

Email Address: charles_royall@comcast.net